IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FLOYD H. NELSON,                                              No. CV 07-04094 CRB,

        Plaintiff,

  v.                                                                      **JUDGMENT IN A CIVIL CASE**

ROBERT A. HOREL,

        Defendant.
_____/

    ( )  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    (X)  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED** that judgment is entered in favor of defendant.

Dated: January 9, 2008                                            Richard W. Wieking, Clerk
                                                                              By: _____
                                                                              Deputy Clerk