UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLOYD H. NELSON, | Case Number: CV07-04094 CRB |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| ROBERT A. HOREL et al, | |
| Defendant. _____ / | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 9, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Floyd H. Nelson
2520 W. Florence Ave. #10
Los Angeles, CA 90073

Dated: January 9, 2008

                                                Richard W. Wieking, Clerk
                                                By: Barbara Espinoza, Deputy Clerk